# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

KATHLEEN N. REILLY : 20-13745mdc

## CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, do hereby certify that I did make service of the Debtor's 3rd Amended Plan dated December 21, 2020 to all interested parties on this 21st day of December 2020 by ecf notification or by first class mail, postage prepaid.

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Kathleen Reilly
853 Beverly Road
Jenkintown, PA 19046

Capital One Auto Finance
c/o AIS Portfolio Services, LP
Attn: Ketan Sawarkar, Claims Processor
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

PA Department of Revenue
Bankruptcy Department
Attn: Cindy Cramer
P.O. Box 280946
Harrisburg, PA 17128-0946

Montgomery County Tax Claim Bureau
Michael Vagnoni, Esquire

Centre Square West, 1500 Market St
Philadelphia, PA 19102

Department of Treasury -Internal Revenue Service
Attn: Myra L. Davis, Bankruptcy Specialist
P.O. Box 7346
Philadelphia, PA 19101-7346

_[signature]_